IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 98-cv-00858 RPM

NAN H. PARRISH,

    Plaintiff,

v.

JOANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.

---

### ORDER

---

THIS MATTER coming before the Court on the Plaintiff's Unopposed Motion for Entry of Order Regarding Stipulation for Attorney Fees and Expenses Under the Equal Access to Just Act, and the Court being fully advised in the premises, it is hereby ordered that said Stipulation is hereby approved and that the Defendant shall pay to counsel for the Plaintiff the agreed upon fee of $5,500.00.

DATED: January 30, 2006.

BY THE COURT:

_____
Richard P. Matsch, Judge